**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAWN C. BRUNGARDT,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:05-cv-1752-T-TBM**

**JO ANNE B. BARNHART,**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 16).  By her motion, the Commissioner seeks an Order remanding this case to the Commissioner to have an Administrative Law Judge obtain testimony from medical and vocational experts to further consider Plaintiff's residual functional capacity, and her ability to perform her past relevant work and other activity.  The Commissioner represents that the Plaintiff has no objection to the instant motion.

Accordingly, it is **ORDERED** that the Commissioner's motion (Doc. 16) is **GRANTED**.  The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order.  The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the file, and the matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 30th day of May 2006.

*[Signature]*
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record